UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 OCT 27 P 1:44

| LAILA ABDULYABER, | CIVIL ACTION NO. 3:01 CV 707 (AWT) |
|---|---|
| Plaintiff, | US DISTRICT COURT |
| | HARTFORD CT |
| v. | |
| THE CHILDREN'S PLACE RETAIL STORES, INC., | |
| | October 23, 2002 |
| Defendant. | |

**JOINT REQUEST FOR EXTENSION OF TIME
TO FILE JOINT TRIAL MEMORANDUM**

The parties hereby request an extension of time of four weeks, until November 24, 2003, to submit the Joint Trial Memorandum. The reasons for this request are as follows:

1. This court issued a decision on Defendant's Motion for Summary Judgment on August 27, 2003. Therefore, pursuant to the Report of Parties' Planning Meeting filed in this matter, the Joint Trial Memorandum is due on October 27, 2003.

2. Since August 27, 2003, the parties have been engaged in fruitful settlement discussions and are close to resolving the matter. Thus, requiring the parties to submit the Joint Trail Memorandum at this time may be a waste of judicial resources as well as a waste of the parties' resources. However, if the matter is not settled within the next few weeks, the parties are prepared to go to trial.

3. Furthermore, Plaintiff's counsel had a trial during the week of October 13, 2003 which required her full attention.

4. This extension will not prejudice any party.

NY01/GRING/874388.1

For the aforementioned reasons, the parties request that their joint request be granted.

DATED:  October 23, 2003
        Stamford, Connecticut

> Respectfully submitted,
> KELLEY DRYE & WARREN LLP
>
> By: _____
> James R. Hays (ct-14985)
> Glenn S. Grindlinger (ct-22655)
> Attorneys for Defendant
>   The Children's Place Retail Stores, Inc.
> Two Stamford Plaza
> 281 Tresser Boulevard
> Stamford, Connecticut 06901
> (203) 324-1400
> fax: (203) 327-2669
> jhays@kelleydrye.com
>
> ZELDES NEEDLE & COOPER, P.C.
>
> By: _____
> Sarah W. Poston (ct-19702)
>
> Attorneys for Plaintiff
>   Laila Abdulyaber
> 1000 Lafayette Boulevard
> Bridgeport, Connecticut 06601
> (203)333-9441
> fax: (203) 333-1489
> sposton@znclaw.com

## CERTIFICATION

This is to certify that on this 24th day of October, 2003, a copy of the foregoing was sent via Federal Express, in a pre-postage paid envelope to the following parties of record:

Sarah W. Poston, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, Connecticut 06604

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Glenn S. Grindlinger