#41

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAILA ABDULYABER,<br><br>    Plaintiff,<br><br>v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 3:01 CV 707 (AWT)<br><br><br><br>October 23, 2002 |

**JOINT REQUEST FOR EXTENSION OF TIME
TO FILE JOINT TRIAL MEMORANDUM**

The parties hereby request an extension of time of four weeks, until November 24, 2003, to submit the Joint Trial Memorandum. The reasons for this request are as follows:

1. This court issued a decision on Defendant's Motion for Summary Judgment on August 27, 2003. Therefore, pursuant to the Report of Parties' Planning Meeting filed in this matter, the Joint Trial Memorandum is due on October 27, 2003.

2. Since August 27, 2003, the parties have been engaged in fruitful settlement discussions and are close to resolving the matter. Thus, requiring the parties to submit the Joint Trail Memorandum at this time may be a waste of judicial resources as well as a waste of the parties' resources. However, if the matter is not settled within the next few weeks, the parties are prepared to go to trial.

3. Furthermore, Plaintiff's counsel had a trial during the week of October 13, 2003 which required her full attention.

4. This extension will not prejudice any party.

*Extension GRANTED, nunc pro tunc, to and including November 24, 2003. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT    11/4/03*

NY01/GRING/874388.1