UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 NOV 20 P 3: 13

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| LAILA ABDULYABER,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC.,<br><br>Defendant. | CIVIL ACTION NO. 3:01 CV 707 (AWT)<br><br><br><br>November 18, 2003 |

**JOINT REQUEST FOR ADDITIONAL EXTENSION OF TIME
TO FILE JOINT TRIAL MEMORANDUM**

The parties hereby request a brief additional extension of time of nine days, until December 5, 2003, to submit the Joint Trial Memorandum. The reasons for this request are as follows:

1.   Pursuant to this Court's order granting the parties' October 23, 2003 motion for extension of this deadline, the Joint Trial Memorandum is due on November 24, 2003.

2.   Since August 27, 2003, the parties have been engaged in fruitful settlement discussions and are close to resolving the matter. At this point, they have reached an agreement in principle, and are in the process of finalizing the details of a settlement. Requiring the parties to submit the Joint Trail Memorandum at this time would be a waste of judicial resources as well as a waste of the parties' resources.

3.   The Thanksgiving holiday is expected to further delay the finalization of the parties' agreement over the next few weeks.

NY01/GRING/874388.1

4. This extension will not prejudice any party.

For the aforementioned reasons, the parties request that their joint request be granted.

DATED: November 18, 2003
         Bridgeport, Connecticut

                                        Respectfully submitted,
                                        KELLEY DRYE & WARREN LLP

                                        By: _____
                                            James R. Hays (ct-14985)
                                            Glenn S. Grindlinger (ct-22655)
                                        Attorneys for Defendant
                                          The Children's Place Retail Stores, Inc.
                                        Two Stamford Plaza
                                        281 Tresser Boulevard
                                        Stamford, Connecticut 06901
                                        (203) 324-1400
                                        fax: (203) 327-2669
                                        jhays@kelleydrye.com

                                        ZELDES NEEDLE & COOPER, P.C.

                                        By: _____
                                            Sarah W. Poston (ct-19702)

                                        Attorneys for Plaintiff
                                          Laila Abdulyaber
                                        1000 Lafayette Boulevard
                                        Bridgeport, Connecticut 06601
                                        (203)333-9441
                                        fax: (203) 333-1489
                                        sposton@znclaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, on this date, to:

Glenn Grindlinger, Esq.
Kelley, Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Dated at Bridgeport, Connecticut this 19th day of November 2003.

_____
Sarah W. Poston