

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAILA ABDULYABER,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC.,<br><br>Defendant. | CIVIL ACTION NO. 3:01 CV 707 (AWT)<br><br><br><br>November 18, 2003 |

### JOINT REQUEST FOR ADDITIONAL EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM

The parties hereby request a brief additional extension of time of nine days, until December 5, 2003, to submit the Joint Trial Memorandum. The reasons for this request are as follows:

1. Pursuant to this Court's order granting the parties' October 23, 2003 motion for extension of this deadline, the Joint Trial Memorandum is due on November 24, 2003.

2. Since August 27, 2003, the parties have been engaged in fruitful settlement discussions and are close to resolving the matter. At this point, they have reached an agreement in principle, and are in the process of finalizing the details of a settlement. Requiring the parties to submit the Joint Trail Memorandum at this time would be a waste of judicial resources as well as a waste of the parties' resources.

The Thanksgiving holiday is expected to further delay the finalization of the parties' agreement over the next few weeks.

**Extension GRANTED, to and including December 5, 2003. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/21/03

NY01/GRING/874388.1