IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2003 DEC 19 P 2: 13
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LAILA ABDULYABER,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC.,<br><br>　　　　　Defendant. | Civil Action No.: 3:01 CV 707 (AWT)<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br><br>December 18, 2003 |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiff and for defendant, pursuant to Fed.R.Civ.P. 41(a)(1), that whereas no party in this action is an infant or incompetent person nor is there any person not a party who has any interest in the subject matter of this action, the above-entitled action shall be, and the same hereby is, dismissed with prejudice, without costs to any party as against any other party. This Stipulation of Dismissal with Prejudice may be filed without further notice to the Court.

ZELDES NEEDLE & COOPER, P.C.
Attorneys for Plaintiff

_/s/ Sarah W. Poston_
SARAH W. POSTON, ESQ. (ct 19702)
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601
(203) 333-9441

KELLEY DRYE & WARREN LLP
Attorneys for Defendant

_/s/ James R. Hays_
JAMES R. HAYS, ESQ. (ct 14985)
Two Stamford Plaza
281 Tresser Boulevard
Stamford, Connecticut 06901
(203) 324-1400

IT IS SO ORDERED.

_____
Hon. Alvin W. Thompson, U.S.D.J.

_____
Date

NY01/GRING/874111.1

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, on this date, to:

Glenn Grindlinger, Esq.
Kelley, Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Dated at Bridgeport, Connecticut this 18th day of December 2003.

_____
Sarah W. Poston