

45

01 cv 707 stip

IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE DISTRICT OF CONNECTICUT

2003 DEC 19 P 2: 13

U.S. DISTRICT COURT
HARTFORD. CT.

| | |
|---|---|
| LAILA ABDULYABER,<br><br>Plaintiff,<br><br>-against-<br><br>THE CHILDREN'S PLACE RETAIL STORES, INC.,<br><br>Defendant. | Civil Action No.: 3:01 CV 707 (AWT)<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE**<br><br>December 18, 2003 |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for

plaintiff and for defendant, pursuant to Fed.R.Civ.P. 41(a)(1), that whereas no party in this action

is an infant or incompetent person nor is there any person not a party who has any interest in the

subject matter of this action, the above-entitled action shall be, and the same hereby is, dismissed

with prejudice, without costs to any party as against any other party. This Stipulation of

Dismissal with Prejudice may be filed without further notice to the Court.

ZELDES NEEDLE & COOPER, P.C.
Attorneys for Plaintiff

SARAH W. POSTON, ESQ. (ct 19702)
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601
(203) 333-9441

KELLEY DRYE & WARREN LLP
Attorneys for Defendant

JAMES R. HAYS, ESQ. (ct 14985)
Two Stamford Plaza
281 Tresser Boulevard
Stamford, Connecticut 06901
(203) 324-1400

IT IS SO ORDERED.

Hon. Alvin W. Thompson, U.S.D.J.

Date: December 24, 2003

NY01/GRING/874111.1